**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHEIL J. LEINWEBER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. DAY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.: 1:09-cv-01535-DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 1) |

Plaintiff Mikheil J. Leinweber ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on August 31, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against Defendants Day and Cao for deliberate indifference to a serious medical need in violation of the Eighth Amendment, and against Defendant Day for deprivation of basic necessities in violation of the Eighth Amendment and retaliation in violation of the First Amendment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1.　　Service is appropriate for defendants

　　　　Psychologist Cao

　　　　Sergeant A. Day

---

[1] By separate order, the Court dismissed Plaintiff's access to the courts claim for failure to state a claim upon which relief may be granted.

1

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 31, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. three (3) copies of the endorsed complaint filed August 31, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **March 13, 2010**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE