# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHEIL J. LEINWEBER,<br><br>         Plaintiff,<br><br>    v.<br><br>A. DAY, et al.,<br><br>         Defendants.<br>_____/ | CASE NO. 1:09-cv-01535-GBC PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DEPOSE PLAINTIFF<br><br>(Doc. 19) |

    Plaintiff Mikheil J. Leinweber ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, which was filed on August 31, 2009. This action is currently in the discovery phase, and on June 10, 2011, Defendants filed a motion seeking leave to depose Plaintiff. Fed. R. Civ. P. 30(a)(2)(B). Additionally, Defendants may seek to videotape the deposition. Fed. R. Civ. P. 30(b)(4).

    Good cause having been shown, it is HEREBY ORDERED that

    1.    Defendant's motion to depose Plaintiff is GRANTED; and

    2.    Defendants may take the deposition of Plaintiff by videotape.

    IT IS SO ORDERED.

Dated:   January 14, 2011                                     _____

                                                                            UNITED STATES MAGISTRATE JUDGE