# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHEIL J. LEINWEBER, | CASE NO. 1:09-cv-01535-GBC PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |
| v. | |
| A. DAY, et al., | (Doc. 18) |
| Defendants. | FIFTEEN-DAY DEADLINE |

Plaintiff Mikheil J. Leinweber ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendants Day and Cao for deliberate indifference to serious medical needs in violation of the Eighth Amendment and against Defendant Day for deprivation of basic necessities in violation of the Eighth Amendment and retaliation in violation of the First Amendment.

On December 27, 2010, Plaintiff filed a motion to compel production of documents. Defendants have failed to file an opposition or statement of non-opposition to the motion.  Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motion to compel within **fifteen (15) days** from the date of service of this order; and

///

///

1

2. Failure to comply with this order may result in the imposition of sanctions deemed appropriate by the Court.  Local Rule 210.

IT IS SO ORDERED.

Dated:   January 21, 2011

UNITED STATES MAGISTRATE JUDGE